**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Revolve Construction, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Revolve Design-Build** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1533454** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **11919 West I-70 Frontage Road North Wheat Ridge, CO 80033** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Jefferson** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **revolvedb.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Revolve Construction, Inc.**                                        Case number (*if known*) _____
　　　　　Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　　　2361

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor   **Revolve Construction, Inc.**                                Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**███ Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Revolve Construction, Inc.**
Name

Case number (*if known*) _____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Revolve Construction, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 28, 2023**
MM / DD / YYYY

**X** **/s/ Jared Phifer**            **Jared Phifer**
Signature of authorized representative of debtor      Printed name

Title    **Owner/President**

**18. Signature of attorney**

**X** **/s/ Keri L. Riley**          Date   **July 28, 2023**
Signature of attorney for debtor               MM / DD / YYYY

**Keri L. Riley 47605**
Printed name

**Kutner Brinen Dickey Riley PC**
Firm name

**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**     Email address   **klr@kutnerlaw.com**

**47605 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Revolve Construction, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 28, 2023**     X *Is/ Jared Phifer*
                                              Signature of individual signing on behalf of debtor

                                              **Jared Phifer**
                                              Printed name

                                              **Owner/President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Revolve Construction, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| G. Phifer | | Note Payable | | $300,000.00 | $0.00 | $300,000.00 |
| G. Phifer 3920 Saddle Rock Rd. Colorado Springs, CO 80918 | | Loan | | | | $300,000.00 |
| Builders P.O. Box 440500 ATTN: Angela Mann Aurora, CO 80044 | | Trade Debt | | | | $103,217.40 |
| First Bank 15250 West 64th Avenue Arvada, CO 80007 | | Term Loan | | | | $99,782.38 |
| Select Building Group, Inc. 7342 South Alton Way Suite 7A ATTN: Brandon Bergholz Centennial, CO 80112 | | Trade Debt | | | | $99,770.84 |
| Grapes & Sons Excavating, LLC P.O. Box 571 ATTN: Bob Grapes Black Hawk, CO 80422 | | Trade Debt | | | | $71,953.50 |

Debtor  **Revolve Construction, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kitchen & Floor Concepts/OMG Const.**<br>**4885 South Broadway**<br>**ATTN: Autumn Fishel**<br>**Englewood, CO 80113** | | **Trade Debt** | | | | **$52,407.48** |
| **5280 Pipeline, Inc.**<br>**3080 South Dahlia Street**<br>**ATTN: Michael Johnson**<br>**Denver, CO 80222** | | **Trade Debt** | | | | **$51,850.00** |
| **SRG**<br>**4715 Viewbridge Avenue**<br>**Suite 100**<br>**San Diego, CA 92123** | | **Loan** | | | | **$45,000.04** |
| **LER Excavating, LLC**<br>**15205 East 52nd Avenue**<br>**ATTN: Carmelo**<br>**Denver, CO 80239** | | **Trade Debt** | | | | **$38,400.00** |
| **Galactic Renovations, LLC**<br>**6422 South Quebec Street**<br>**Building 4**<br>**ATTN: Gerardo Escamilla**<br>**Centennial, CO 80111** | | **Trade Debt** | | | | **$37,412.50** |
| **Mountain Window Specialists, Inc.**<br>**2490 North Kipling**<br>**ATTN: Rod Kindschuh**<br>**Lakewood, CO 80215** | | **Trade Debt** | | | | **$33,947.25** |
| **Hector Mountain Insulation, LLC**<br>**P.O. Box 235**<br>**ATTN: Dan Neiberger**<br>**Platteville, CO 80651** | | **Trade Debt** | | | | **$29,431.20** |

Debtor **Revolve Construction, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Certified Home Services 2055 South Raritan Street Unit A ATTN: Alan Broderick Denver, CO 80223 | | Trade Debt | | | | $27,127.11 |
| Proper Plumbing LLC 4179 Wolff Street ATTN: Matt Denver, CO 80212 | | Trade Debt | | | | $26,100.00 |
| Western Pacific Building Materials 320 South Lipan Street ATTN: Sam Ingels Denver, CO 80223 | | Trade Debt | | | | $24,767.59 |
| Element Systems, LLC 6145 Broadway Suite 16 ATTN: Tom Sedgwick Denver, CO 80216 | | Trade Debt | | | | $20,177.59 |
| Aurora Winnelson CO 15102 East Moncrieff Place Aurora, CO 80011 | | Trade Debt | | | | $19,733.96 |
| Veteran Roofing 7550 West Yale Avenue #A-220 | | | | | | $19,536.32 |
| Instone Granite & Marble, Inc. 7200 East 54th Place ATTN: Eric Shiva Commerce City, CO 80022 | | Trade Debt | | | | $16,825.00 |

**Fill in this information to identify the case:**

Debtor name   **Revolve Construction, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................    $            0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................................................    $       475,249.84

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................................    $       475,249.84

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $       953,307.31

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $            0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      1,529,031.69

4.    **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b    $       2,482,339.00

---

**Fill in this information to identify the case:**

Debtor name **Revolve Construction, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **First Bank** | **Checking** | 7428 | $12,643.04 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $12,643.04

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

| 8.1.  **Office Lease, Phifer Properties** | $144,000.00 |
|---|---|

9.     **Total of Part 2.**
       Add lines 7 through 8. Copy the total to line 81.          $144,000.00

Debtor **Revolve Construction, Inc.**
Name

Case number *(If known)* _____

---

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

- ☐ No. Go to Part 4.
- ☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **161,378.68** - **80,689.34** = .... **$80,689.34**
face amount    doubtful or uncollectible accounts

11b. Over 90 days old: **211,834.92** - **105,917.46** =.... **$105,917.46**
face amount    doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$186,606.80** |

---

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

- ☒ No. Go to Part 5.
- ☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☒ No. Go to Part 6.
- ☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☒ No. Go to Part 7.
- ☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office Furniture** | **$0.00** | | **$5,000.00** |
| 40. **Office fixtures** <br> **Office Fixtures** | **$0.00** | | **$2,000.00** |

41. **Office equipment, including all computer equipment and**

Debtor    **Revolve Construction, Inc.**                                Case number *(If known)* _____
          Name

| communication systems equipment and software | | |
| **Office Equipment** | $0.00 | $8,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                      | $15,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **11919 I-70 Frontage Road North Wheat Ridge, CO 80033** | Leasehold | Unknown | | $0.00 |

56.    **Total of Part 9.**                                                                      | $0.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **Revolve Construction, Inc.**                         Case number *(If known)* _____
_____
Name

---

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** **Architectural Copy Rights** | **$0.00** | | **$0.00** |
| 61. **Internet domain names and websites** **revolvedb.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|   |
| --- |
| **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 11: | **All other assets** |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|   | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Revolve Construction, Inc.**
Name

Case number *(If known)*

**Claim against B.C. Sanders LLC for Poor/Faulty Workmanship; Debtor has attempted to resole the claim and will proceed with requesting binding mediation**

**$117,000.00**

**Nature of claim**

**Amount requested**          **$117,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**          **$117,000.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **Revolve Construction, Inc.**_____      Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,643.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $144,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $186,606.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $117,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $475,249.84 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $475,249.84 |

**Fill in this information to identify the case:**

Debtor name    **Revolve Construction, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  CT Corporation System**
Creditor's Name

**330 N. Brand Blvd.**
**STE 700**
**ATTN: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/5/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unknown**

**Describe the lien**
**Unknown**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**    Column B: **$0.00**

**2.2  First Home Bank**
Creditor's Name

**700 Central Avenue**
**Mail Code 204**
**Saint Petersburg, FL 33701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**First Bank - Checking - Acct# 7428**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$50,975.93**    Column B: **$12,643.04**

Debtor **Revolve Construction, Inc.**

Name

Case number *(if known)* _____

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Forward Finance** | **Describe debtor's property that is subject to a lien** | $310,000.00 | $80,689.34 |

Creditor's Name

**90 days or less: Accounts Receivable**

**53 State Street**
**20th Floor**
**Boston, MA 02109**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**5/30/23**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Mulligan Finance**
**2. Reliance Finance**
**3. Forward Finance**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **G. Phifer** | **Describe debtor's property that is subject to a lien** | $300,000.00 | $0.00 |

Creditor's Name

**Note Payable**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Mulligan Finance** | **Describe debtor's property that is subject to a lien** | $153,005.00 | $80,689.34 |

Creditor's Name

**90 days or less: Accounts Receivable**

**4714 Viewbridge Avenue**
**Suite 100**
**San Diego, CA 92123**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

---

Debtor  **Revolve Construction, Inc.**                                    Case number (if known) _____
_____
Name

|  | **Is the creditor an insider or related party?** |
| --- | --- |
| _____<br>Creditor's email address, if known | ■ No |
|  | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **12/13/2022** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ■ Disputed |

| 2.6 | **Reliance Finance** | **Describe debtor's property that is subject to a lien** | $139,326.38 | $80,689.34 |
| --- | --- | --- | --- | --- |
|  | Creditor's Name | **90 days or less: Accounts Receivable** |  |  |
|  | **11501 Dublin Blvd.**<br>**Suite 200**<br>**Dublin, CA 94568** |  |  |  |

| Creditor's mailing address | **Describe the lien** |
| --- | --- |
|  | **Security Agreement** |
|  | **Is the creditor an insider or related party?** |
| _____<br>Creditor's email address, if known | ■ No |
|  | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **5/30/23** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ■ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $953,307.31

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Corporation Service Company**<br>P.O. Box 2576<br>Springfield, IL 62708 | Line  **2.5** |  |
| **First Home Bank**<br>9190 Seminole Blvd.<br>Seminole, FL 33772 | Line  **2.2** |  |
| **Small Business Administration**<br>**Colorado District Office**<br>721 19th Street, Suite 426<br>Denver, CO 80202 | Line  **2.2** |  |

**Fill in this information to identify the case:**

Debtor name    **Revolve Construction, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**39 North Engineering and Surveying LLC**<br>**4495 Hale Parkway**<br>**Suite 302**<br>**ATTN: Damien Cain**<br>**Denver, CO 80220**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**5280 Enterprises**<br>**1065 South Ames Street**<br>**ATTN: George**<br>**Lakewood, CO 80226**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Purposes Only**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**5280 Pipeline, Inc.**<br>**3080 South Dahlia Street**<br>**ATTN: Michael Johnson**<br>**Denver, CO 80222**<br><br>Date(s) debt was incurred **October 8, 2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$51,850.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Advanced Plumbing and Heating, LLC**<br>**592 Village Way**<br>**ATTN: Jason Erkman**<br>**Grand Junction, CO 81507**<br><br>Date(s) debt was incurred **January 20, 2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,034.59** |

48404

Debtor **Revolve Construction, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,593.00** |
|---|---|---|---|

**Air O Pure**
P.O. Box 1828
ATTN: Hillary Kysar
Nederland, CO 80466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January 20, 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Air Tight Energy Inspections**
876 8th Avenue
ATTN: Stuart
Golden, CO 80401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 23, 2023**

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alpine Lumber Company**
P.O. Box 6263
ATTN: Chris O'Donnell
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 19, 2022**

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,038.00** |
|---|---|---|---|

**Ankmar**
4200 Monaco Street
ATTN: Dick Neuhalfen
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,695.00** |
|---|---|---|---|

**Apex Engineers, Inc.**
1625 Locust Street
ATTN: Jared Lambrecht
Kansas City, MO 64108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January 21, 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,230.31** |
|---|---|---|---|

**Arizona Tile**
10100 East 45th Avenue
ATTN: Lauren Federman
Denver, CO 80238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,362.97** |
|---|---|---|---|

**Aros LLC**
20 Sunset Drive
Suite 9
ATTN: Tyler Miller
Basalt, CO 81621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **September 9, 2022**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Revolve Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address

**Aurora Winnelson CO**
**15102 East Moncrieff Place**
**Aurora, CO 80011**

Date(s) debt was incurred **January 31, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,733.96**

---

**3.13** | Nonpriority creditor's name and mailing address

**Aztec Foundations LLC**
**4350 North Harback Road**
**ATTN: Ramon Barrios**
**Bennett, CO 80102**

Date(s) debt was incurred **April 13, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,803.50**

---

**3.14** | Nonpriority creditor's name and mailing address

**B&B Heating and Air Conditioning**
**4892 Marshall Street**
**Wheat Ridge, CO 80033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,483.92**

---

**3.15** | Nonpriority creditor's name and mailing address

**Badger Electric, LLC**
**371 South Wheeling Way**
**ATTN: Wade Backus**
**Aurora, CO 80012**

Date(s) debt was incurred **September 25, 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,535.87**

---

**3.16** | Nonpriority creditor's name and mailing address

**Barrera & Son's Construction**
**7090 Colorado Blvd.**
**ATTN: Phil Barrera**
**Commerce City, CO 80022**

Date(s) debt was incurred **June 21, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,800.00**

---

**3.17** | Nonpriority creditor's name and mailing address

**Barton Supply Co.**
**14800 East Moncrieff Place**
**ATTN: Bryan**
**Aurora, CO 80011**

Date(s) debt was incurred **March 30, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$199.49**

---

**3.18** | Nonpriority creditor's name and mailing address

**Bedrosians Tile and Stone**
**14155 East 42nd Avenue**
**Suite 70**
**Denver, CO 80239**

Date(s) debt was incurred **May 3, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,754.53**

---

Debtor    **Revolve Construction, Inc.**                                    Case number (if known) _____
          Name

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,337.70** |
|---|---|---|---|

**Bellco**
**10058 W. Progress Ave.**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  __Term Loan__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Best Engineering Solutions & Technologie**
**1393 South Inca Street**
**ATTN: Matt**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 22, 2023__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,240.00** |
|---|---|---|---|

**Bin There Dump That Denver Central**
**and West**
**5750 West 60th Avenue**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __March 30, 2023__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$103,217.40** |
|---|---|---|---|

**Builders**
**P.O. Box 440500**
**ATTN: Angela Mann**
**Aurora, CO 80044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __January 10, 2022__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,804.05** |
|---|---|---|---|

**Builders FirstSource, Inc.**
**8037 Midway Drive**
**ATTN: Tyler Tyrrell**
**Littleton, CO 80125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __March 5, 2021__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,229.97** |
|---|---|---|---|

**Castlewood Doors**
**5040 East 41st Avenue**
**ATTN: Joel Algra**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __May 6, 2023__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,127.11** |
|---|---|---|---|

**Certified Home Services**
**2055 South Raritan Street**
**Unit A**
**ATTN: Alan Broderick**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __December 17, 2022__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Revolve Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Charter Drywall Denver, Inc.**
**10650 Irma Drive**
**Suite 20**
**ATTN: Tom Burns**
**Denver, CO 80233**

Date(s) debt was incurred  __June 2, 2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,837.97**

**Chase**
**Card Services**
**P.O. Box 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,840.00**

**Coffman Construction**
**15930 Golden Eye Court**
**ATTN: John Coffman**
**Parker, CO 80134**

Date(s) debt was incurred  __June 14, 2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Coombe Curry Rich & Jarvis**
**2000 South Colorado Blvd.**
**Tower II, Suite 1050**
**ATTN: Dan Coombe**
**Denver, CO 80222**

Date(s) debt was incurred  __February 29, 2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Crown Jade Design & Engineering**
**4165 Crittenton Lane**
**Unit 7**
**ATTN: Barb Huff**
**Wellington, CO 80549**

Date(s) debt was incurred  __May 11, 2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Defined by Design**
**4444 Morrison Road**
**Unit 3**
**ATTN: Justin Phelps**
**Denver, CO 80219**

Date(s) debt was incurred  __May 7, 2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Revolve Construction, Inc.**                          Case number (if known) _____
_____
         Name

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Dorado Just Construction**
**15055 Umpire Street**
**ATTN: Juan Dorado**
**Brighton, CO 80603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __June 18, 2023__

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,306.11** |
|---|---|---|---|

**DSKB Plumbing and Tile**
**595 South Broadway**
**Suite 126E**
**ATTN: Philip Bar**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __September 17, 2020__

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,177.59** |
|---|---|---|---|

**Element Systems, LLC**
**6145 Broadway**
**Suite 16**
**ATTN: Tom Sedgwick**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __June 2, 2023__

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,057.28** |
|---|---|---|---|

**Emser Tile**
**3650 Fraser Street**
**Unit B**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __June 21, 2023__

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Emu Building Science, LLC**
**5610 Ward Road**
**Suite 300**
**ATTN: Mariana Pickering**
**Arvada, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __June 5, 2023__

**Basis for the claim:**  __Notice Purposes Only__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Equity Finishing**
**P.O. Box 630545**
**ATTN: Tom Benson**
**Highlands Ranch, CO 80163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __May 19, 2023__

**Basis for the claim:**  __Notice Purposes Only__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Revolve Construction, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,139.37**

Euro Metals
8200 East Pacific Place
Unit 108
ATTN: Bee Boeltz
Denver, CO 80231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 3, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,299.84**

Executive Building Contractors
14185 West 7th Avenue
ATTN: Al Lopez
Golden, CO 80401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 30, 2022**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$99,782.38**

First Bank
15250 West 64th Avenue
Arvada, CO 80007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  **Term Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300,000.00**

G. Phifer
3920 Saddle Rock Rd.
Colorado Springs, CO 80918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  **Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,412.50**

Galactic Renovations, LLC
6422 South Quebec Street
Building 4
ATTN: Gerardo Escamilla
Centennial, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 23, 2022**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$71,953.50**

Grapes & Sons Excavating, LLC
P.O. Box 571
ATTN: Bob Grapes
Black Hawk, CO 80422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 14, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00**

Gupton Plumbing
P.O. Box 631
ATTN: Ken Gupton
Brighton, CO 80601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 28, 2022**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Revolve Construction, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.45** | Nonpriority creditor's name and mailing address

Harlan Jasper
5720 Holly Street
Suite G
ATTN: Elliott
Commerce City, CO 80022

Date(s) debt was incurred **June 6, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,571.11**

---

**3.46** | Nonpriority creditor's name and mailing address

Harrison Home Systems
14828 West 6th Avenue
#14B
ATTN: Chris Harrison
Golden, CO 80401

Date(s) debt was incurred **April 27, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,649.51**

---

**3.47** | Nonpriority creditor's name and mailing address

Hawley Coring, Inc.
7644 Quartz Street
ATTN: Irv
Arvada, CO 80007

Date(s) debt was incurred **March 22, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.48** | Nonpriority creditor's name and mailing address

Hector Mountain Insulation, LLC
P.O. Box 235
ATTN: Dan Neiberger
Platteville, CO 80651

Date(s) debt was incurred **December 22, 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,431.20**

---

**3.49** | Nonpriority creditor's name and mailing address

High Plains Concrete
816 Penstemon Drive
ATTN: Luis Uribe
Henderson, CO 80640

Date(s) debt was incurred **April 5, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.50** | Nonpriority creditor's name and mailing address

Hill Structural Design, LLC
9878 West Belleview Avenue
Suite 107
ATTN: Loren Hill
Littleton, CO 80123

Date(s) debt was incurred **June 28, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.51** | Nonpriority creditor's name and mailing address

Home Depot
P.O. Box 790420
Saint Louis, MO 63179

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$14,625.02**

---

| Debtor | **Revolve Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,700.00** |
|---|---|---|---|

Horrocks Engineers, Inc.
5670 Greenwood Plaza Blvd.
Suite 100W
ATTN: Heather McDaniel
Greenwood Village, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,825.00** |
|---|---|---|---|

Instone Granite & Marble, Inc.
7200 East 54th Place
ATTN: Eric Shiva
Commerce City, CO 80022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 3, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

J and JP Construction
2010 South Fairplay Street
ATTN: Juan Perez
Aurora, CO 80014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00** |
|---|---|---|---|

J's Master Weld LLC
3466 West 97th Avenue
Suite 57
ATTN: Jesus Maraz
Westminster, CO 80030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 8, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

JB Painting Services LLC
57 Del Mar Circle
ATTN: Juan
Aurora, CO 80011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 25, 2023**

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,417.80** |
|---|---|---|---|

JC's Erosion & Landscaping, LLC
4820 Quentin Street
ATTN: Jesus Carrillo
Denver, CO 80239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 3, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,621.00** |
|---|---|---|---|

Johnson Garage Doors
16745 West 86th Lane
ATTN: Nate Enyart
Arvada, CO 80007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 9, 2022**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Revolve Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address
King Engineering
5611 Claret Street
ATTN: Adam King
Timnath, CO 80547

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,232.66**

---

**3.60** | Nonpriority creditor's name and mailing address
Kitchen & Floor Concepts/OMG Const.
4885 South Broadway
ATTN: Autumn Fishel
Englewood, CO 80113

Date(s) debt was incurred  April 13, 2023
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52,407.48**

---

**3.61** | Nonpriority creditor's name and mailing address
Kitchen Distributors
1309 West Littleton Blvd.
ATTN: William Landeros
Littleton, CO 80120

Date(s) debt was incurred  November 22, 2022
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$785.61**

---

**3.62** | Nonpriority creditor's name and mailing address
Kordziel Engineering, Inc.
P.O. Box 16267
ATTN: Joseph Kordziel
Golden, CO 80402

Date(s) debt was incurred  May 24, 2023
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.63** | Nonpriority creditor's name and mailing address
Legacy Construction Cleaning and
Janitorial Services
P.O. Box 19835
ATTN: Edgar Aguilar
Denver, CO 80219

Date(s) debt was incurred  May 12, 2023
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.64** | Nonpriority creditor's name and mailing address
LER Excavating, LLC
15205 East 52nd Avenue
ATTN: Carmelo
Denver, CO 80239

Date(s) debt was incurred  March 30, 2022
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38,400.00**

---

**3.65** | Nonpriority creditor's name and mailing address
Masterpiece Stair, Inc.
2250 South Jason Street
ATTN: D.J. Van Eps
Denver, CO 80223

Date(s) debt was incurred  March 13, 2023
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,026.51**

---

| Debtor | **Revolve Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Max Waste Services, LLC**
**P.O. Box 117**
**ATTN: Scott**
**Castle Rock, CO 80104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 4, 2023**

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,366.12 |
|---|---|---|---|

**Metro Foundation Supply Company**
**20150 Sky Ranch Road**
**ATTN: Danielle Gauna**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 19, 2022**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $474.08 |
|---|---|---|---|

**Moore Lumber & Hardware, Inc.**
**186 Mount Evans Blvd.**
**P.O. Box 527**
**ATTN: Susan Weiland**
**Pine, CO 80470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 5, 2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,701.17 |
|---|---|---|---|

**Mountain High Appliance**
**1130 Pine Street #3**
**ATTN:  Britta MacDonald**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,947.25 |
|---|---|---|---|

**Mountain Window Specialists, Inc.**
**2490 North Kipling**
**ATTN: Rod Kindschuh**
**Lakewood, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 7, 2022**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,400.00 |
|---|---|---|---|

**Mt. Everest Construction LLC**
**2645 West Ellsworth Avenue**
**ATTN: Rene Montes**
**Denver, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 1, 2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,165.00 |
|---|---|---|---|

**Mud Brother's Foundations**
**10550 West Rowland Place**
**ATTN: Mark**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 23, 2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Revolve Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,881.88**

**New Line Roofing**
6500 South Quebec Street
Suite 300-28
ATTN: Chris Marano
Englewood, CO 80111

Date(s) debt was incurred **May 30, 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,250.00**

**Next Level Drywall**
1140 Atoka Drive
Colorado Springs, CO 80915

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Nordic Heating and Air**
2523 South Laredo Court
ATTN: Mark
Aurora, CO 80013

Date(s) debt was incurred **October 11, 2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$706.00**

**Office Automation Technologies, Inc.**
11919 West I-70 Frontage Road N
Suite 123
ATTN: Wendi Yadauga
Wheat Ridge, CO 80033

Date(s) debt was incurred **April 6, 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Premier Building Systems**
P.O. Box 838
ATTN Loren Groeschl
Belgrade, MT 59714

Date(s) debt was incurred **May 22, 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,660.00**

**Pro Bid Energy**
3975 East 56th Avenue
Unit B-1
ATTN: Danny Glennon
Commerce City, CO 80022

Date(s) debt was incurred **May 10, 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pro Box Portable Storage**
3801 East 64th Avenue
ATTN: Tiffany Turner
Commerce City, CO 80022

Date(s) debt was incurred **June 5, 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Revolve Construction, Inc.**                                      Case number (if known) _____
         <sub>Name</sub>

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,100.00** |
|---|---|---|---|

**Proper Plumbing LLC**
**4179 Wolff Street**
**ATTN: Matt**
**Denver, CO 80212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 28, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,812.28** |
|---|---|---|---|

**Republic Services**
**5075 East 74th Avenue**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 28, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Revolution ICF**
**3101 Cascade**
**ATTN: Rusty Wilson**
**Pueblo, CO 81008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 6, 2023**

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,807.93** |
|---|---|---|---|

**Rio Grande Co. Building Materials Div.**
**201 Santa Fe Drive**
**ATTN: Teresa Atencio**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 22, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,006.00** |
|---|---|---|---|

**Rio Grande Environmental**
**8430 Hope Court**
**ATTN: Andy Ramirez**
**Denver, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 26, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,966.00** |
|---|---|---|---|

**Rocky Mountain Aerobarrier**
**20 Conifer Road**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,028.94** |
|---|---|---|---|

**Rocky Mountain Blueprint & Supply, Inc.**
**5741 Arapahoe Avenue**
**Unit #5**
**ATTN: Jennifer Sanders**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 1, 2022**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Revolve Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,595.25**

**Rocky Mountain Stove and Fireplace**
**970 Simms Street**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 28, 2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,559.30**

**SaaviHome**
**1912 Krameria Street**
**ATTN: Gavin Lantzy**
**Denver, CO 80220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 27, 2022**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.00**

**Saucedo Drains & Waterproofing SDW**
**8101 Rosemary Street**
**Suite 2**
**ATTN: Claudio Saucedo**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 23, 2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$270.00**

**Scott Home Inspections**
**3728 West City Road 10**
**ATTN: Joe Ophoff**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 20, 2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,770.84**

**Select Building Group, Inc.**
**7342 South Alton Way**
**Suite 7A**
**ATTN: Brandon Bergholz**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 20, 2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,311.00**

**Set in Stone Tiling**
**12238 Idalia Street**
**ATTN: Matt Coppo**
**Brighton, CO 80603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,178.08**

**Shirley Septic Plumbing, Inc.**
**P.O. Box 457**
**ATTN: Michele**
**Pine, CO 80470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 30, 2022**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Revolve Construction, Inc.**                                   Case number (if known) _____

     Name

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**SJ Jetting Systems, LLC**
**3307 66th Avenue**
**ATTN: Jake/Sergio**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 9, 2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,260.46** |
|---|---|---|---|

**SMA Souder Miller & Associates**
**5610 Ward Road**
**Suite 130**
**ATTN: Susan Pretti**
**Arvada, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 31, 2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,799.15** |
|---|---|---|---|

**Specialty Wood Products**
**2790 Laredo Street**
**ATTN: Brian Slader**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 28, 2022**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.04** |
|---|---|---|---|

**SRG**
**4715 Viewbridge Avenue**
**Suite 100**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$734.84** |
|---|---|---|---|

**Standard Fence Company**
**1390 East 64th Avenue**
**ATTN: Linda Nicholson**
**Denver, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 19, 2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,055.01** |
|---|---|---|---|

**Strait Lumber**
**11150 East Colfax Avenue**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 16, 2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,215.00** |
|---|---|---|---|

**Sutton Electrical Services**
**4487 South Jebel Court**
**ATTN: Emery Sutton**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 22, 2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Revolve Construction, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,650.00** |
|---|---|---|---|
| | **SWAT Environmental** **7325 South Revere Parkway** **Suite 505** **Englewood, CO 80112** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **February 21, 2022** | **Basis for the claim:**  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,928.69** |
|---|---|---|---|
| | **The Back Superstore** **5961 East 64th Avenue** **ATTN: Scott Jaquith** **Commerce City, CO 80022** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **April 27, 2023** | **Basis for the claim:**  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,900.00** |
|---|---|---|---|
| | **The Flooring Artists, LLC** **8643 East Iliff Avenue** **Denver, CO 80231** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **May 31, 2023** | **Basis for the claim:**  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,440.91** |
|---|---|---|---|
| | **The Tile Shop** **P.O. Box 74007280** **Chicago, IL 60674-7280** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|
| | **Ultimate Heating and Cooling** **4971 Monaco Street** **#8H** **Commerce City, CO 80022** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,030.75** |
|---|---|---|---|
| | **United Tile Denver** **2965 South Tejon Street** **ATTN: Katie** **Englewood, CO 80110** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **October 21, 2022** | **Basis for the claim:**  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,536.32** |
|---|---|---|---|
| | **Veteran Roofing** **7550 West Yale Avenue** **#A-220** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Revolve Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,225.00** |
|---|---|---|---|

**Victor's Company LLC**
**9070 Yucca Way**
**ATTN: Victor**
**Thornton, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 3, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,767.59** |
|---|---|---|---|

**Western Pacific Building Materials**
**320 South Lipan Street**
**ATTN: Sam Ingels**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 18, 2023**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,570.00** |
|---|---|---|---|

**Whitecap Enviornmental Consulting**
**1210 South Chase Street**
**ATTN: Seth Kisselman**
**Denver, CO 80232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 19, 2022**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,529,031.69 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,529,031.69 |

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 17 of 17

**Fill in this information to identify the case:**

Debtor name        **Revolve Construction, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** **$144,000 in lease payments ($4,000 x 36 months)** | |
|  State the term remaining | **3 years (to July 2026)** | |
|  List the contract number of any government contract | _____ | **Phifer Properties LLC** |

**Fill in this information to identify the case:**

Debtor name **Revolve Construction, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jared and Joel Phifer** | **9910 West 21st Avenue Lakewood, CO 80215-5000** | **Strait Lumber** | ☐ D _____ ■ E/F __3.99__ ☐ G _____ |
| 2.2 | **Jared Phifer** | **1935 West 54th Lane Arvada, CO 80002** | **Alpine Lumber Company** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.3 | **Jared Phifer** | **1935 West 54th Lane Arvada, CO 80002** | **Aurora Winnelson CO** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.4 | **Jared Phifer** | **1935 West 54th Lane Arvada, CO 80002** | **Bedrosians Tile and Stone** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.5 | **Jared Phifer** | **1935 West 54th Lane Arvada, CO 80002** | **Builders** | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |

Debtor  **Revolve Construction, Inc.**

Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| 2.6 | **Jared Phifer** | 1935 West 54th Lane<br>Arvada, CO 80002 | **Builders FirstSource, Inc.** | ☐ D _____<br>■ E/F __**3.23**__<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Jared Phifer** | 1935 West 54th Lane<br>Arvada, CO 80002 | **DSKB Plumbing and Tile** | ☐ D _____<br>■ E/F __**3.33**__<br>☐ G _____ |
| 2.8 | **Jared Phifer** | 1935 West 54th Lane<br>Arvada, CO 80002 | **Moore Lumber & Hardware, Inc.** | ☐ D _____<br>■ E/F __**3.68**__<br>☐ G _____ |
| 2.9 | **Jared Phifer** | 1935 West 54th Lane<br>Arvada, CO 80002 | **Rio Grande Co. Building Materials Div.** | ☐ D _____<br>■ E/F __**3.83**__<br>☐ G _____ |
| 2.10 | **Jared Phifer** | 1935 West 54th Lane<br>Arvada, CO 80002 | **Rocky Mountain Blueprint & Supply, Inc.** | ☐ D _____<br>■ E/F __**3.86**__<br>☐ G _____ |
| 2.11 | **Jared Phifer** | 1935 West 54th Lane<br>Arvada, CO 80002 | **Specialty Wood Products** | ☐ D _____<br>■ E/F __**3.96**__<br>☐ G _____ |
| 2.12 | **Jared Phifer** | 1935 West 54th Lane<br>Arvada, CO 80002 | **Western Pacific Building Materials** | ☐ D _____<br>■ E/F __**3.109**__<br>☐ G _____ |
| 2.13 | **Joel Phifer** | 9910 West 21st Avenue<br>Lakewood, CO 80215 | **Republic Services** | ☐ D _____<br>■ E/F __**3.81**__<br>☐ G _____ |

Debtor   **Revolve Construction, Inc.**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name   **Revolve Construction, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$2,580,410.51** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$7,521,467.34** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$5,481,068.72** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor **Revolve Construction, Inc.**                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Statement of Affairs Exhibit 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Alejandro Robledo Garces and Garces Stone and Stucco, LLC v. Jared D. Phifer; Phifer Homes; Phifer, Inc.; Revolve Construction, Inc.; Thomas Paul Krueger; Jennifer Lynn Kummer and Does 1 to 10 2021-CV-33126** | **Civil Dispute** | **Denver District Court 1437 Bannock Street Denver, CO 80202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor __Revolve Construction, Inc.__                          Case number *(if known)* _____

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen Dickey Riley PC**<br>**1660 Lincoln Street**<br>**Suite 1720**<br>**Denver, CO 80264** | | **June 16, 2023** | **$13,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor  **Revolve Construction, Inc.**                                    Case number *(if known)*

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5168 Parfet Street Unit I Wheat Ridge, CO 80033** | **May 2019 to June 2021** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Revolve Construction, Inc.**                                    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Debtor    **Revolve Construction, Inc.**                              Case number *(if known)*

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Abe Wilson, CPA**<br>**12120 West Tanfovan Avenue**<br>**Morrison, CO 80465** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
    statement within 2 years before filing this case.

    ☐ None

| Name and address |
|---|
| 26d.1.   **First Bank**<br>**6355 Ward Road**<br>**Arvada, CO 80004** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
    in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Jared Phifer** | **11919 West I-70 Frontage Road North<br>Wheat Ridge, CO 80033** | **Owner and CEO** | **100% Equity<br>Interests** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in
    control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Revolve Construction, Inc.**                                    Case number *(if known)*

---

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Joel Phifer<br>9910 West 21st Avenue<br>Lakewood, CO 80215 | 87,630.00 | 2022 | Wages |
| | Relationship to debtor<br>Insider, Employee | | | |
| 30.2. | Jared Phifer<br>11919 West I-70 Frontage Road North<br>Wheat Ridge, CO 80033 | | 2022-2023 | Salary |
| | Relationship to debtor<br>Owner & President | | | |
| 30.3. | Trevor Bron<br>11919 West I-70 Frontage Road North<br>Wheat Ridge, CO 80033 | | 2022-2023 | Salary |
| | Relationship to debtor<br>CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Revolve Construction, Inc.**                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 28, 2023**

**/s/ Jared Phifer**                                        **Jared Phifer**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Owner/President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re  **Revolve Construction, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner/President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 28, 2023**

Signature  **/s/ Jared Phifer**

**Jared Phifer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Colorado

In re **Revolve Construction, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 28, 2023**

**/s/ Jared Phifer**

**Jared Phifer**/**Owner/President**
Signer/Title